**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MATYMIA HOUGH,

                Plaintiff,                24 **CIVIL** 1509 (SN)

     -v-                            **<u>JUDGMENT</u>**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated October 02, 2024, that the action be, and hereby is, reversed & remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
           October 03, 2024

                                                                **DANIEL ORTIZ**
                                                          **Acting Clerk of Court**

                              **BY:**      *[signature]*
                                                            **Deputy Clerk**